# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-08727/0147958672

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>William R. Kline and Eloisa M. Kline<br>　　　　Debtors.<br>_____<br>Wells Fargo Home Mortgage<br><br>　　　　Movant,<br>　　vs.<br><br>William R. Kline and Eloisa M. Kline, Debtors;<br>Edward J. Maney, Trustee.<br><br>　　　　Respondents. | No. 2:08-bk-04574-GBN<br><br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE AMENDED<br><br>RE:　Real Property Located at<br>　　　12428 S. Ki Circle<br>　　　Phoenix, AZ 85044 |

　　　NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

….

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

> Wells Fargo Home Mortgage
> c/o Mark S. Bosco, Esq.
> 2525 East Camelback Road
> Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 15th day of October, 2008.

> TIFFANY & BOSCO, P.A.
>
> BY  /s/ MSB # 010167
>     Mark S. Bosco
>     Leonard J. McDonald
>     Attorney for Movant

Copy of the foregoing was
mailed October 15, 2008.

William R. Kline and Eloisa M. Kline
12428 S. Ki Circle
Phoenix, AZ  85044
Debtors

Douglas B. Price
401 W. Baseline Rd., #207
Tempe, AZ 85283
Attorney for Debtors

….

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064
Trustee

Cit Lease Finance Group
233 N. Michigan Ave., Ste 1800
Chicago, IL 60601


By: Marisol Francis